UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14925
  GLORIA MARSHALL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
  SSN XXX-XX-1427


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/18/05 and confirmed on 07/22/05.

   2.   The case was dismissed after confirmation, 01/23/2009.

   3.   The Debtor paid a total of $  33320.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MAZDA AMERICAN CREDIT | SECURED | 5150.00 | 318.88 | 5150.00 |
| JOHN M SMITH HOMEMAKERS/ | SECURED | 4000.00 | 190.03 | 4000.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 8185.31 | 271.80 | 8185.31 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 769.60 | 71.22 | 474.12 |
| CIRCUIT CITY | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2130.10 | 150.73 | 1560.37 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 172.61 | 16.82 | 94.02 |
| NATIONAL CREDIT SYSTEMS | UNSECURED | 75.00 | 7.31 | 46.03 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4472.93 | 413.66 | 2755.61 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| MCSI | UNSECURED | 250.00 | 23.38 | 153.86 |
| ILLINOIS DEPT REVENUE | PRIORITY | .00 | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | 920.70 | 114.19 | 567.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 100.00 | 9.60 | 61.45 |
| BECKET & LEE LLP | UNSECURED | 7837.97 | 414.48 | 4828.73 |

            Summary of disbursements:

------------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9150.00 | 8185.31 | 16728.91 | .00 | 34064.22 |
| PRINCIPAL PAID | 9150.00 | 8185.31 | 10541.41 | .00 | 27876.72 |
| INTEREST PAID | 508.91 | 271.80 | 1221.39 | .00 | 2002.10 |
| TOTAL PAID | 9658.91 | 8457.11 | 11762.80 | .00 | 29878.82 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2200.00
and was paid $    194.80  direct and $   2005.20  through the plan.

The Trustee received $   1435.98 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/13/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE













                          PAGE  2
          CASE NO. 05 B 14925 GLORIA MARSHALL